UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MARCUS RASEAN THOMPSON,

            Plaintiff,

       -against-

C.O. JOHN DOE, et al.,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 3243 (WHP)

SCHEDULING ORDER No. 2

WILLIAM H. PAULEY III, District Judge:

       The Pro Se office having informed this Court that on December 7, 2007 it sent Plaintiff the United States Marshal Form USM-285 and other documents necessary for the Marshals to serve the summons and amended complaint, Plaintiff is directed to complete these documents and provide them to the Marshals by January 25, 2008. The conference scheduled for December 7, 2007 is adjourned until February 15, 2008 at 10:00 a.m. Corporation Counsel is directed to make arrangements for Plaintiff to participate by telephone.

Dated:    December 12, 2007
            New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Mr. Marcus Rasean Thompson
07-A-2267
Fishkill
Box 1245
Beacon, NY, 12508
*Plaintiff Pro Se*

Amy Okereke, Esq.
Office of the Corporation Counsel
of the City of New York
100 Church Street
New York, NY 10007