

MARCUS THOMPSON  DIN # 07A226
FISHKILL CORRECTIONAL FACILITY
BOX 1245
BEACON, NEW YORK 12508

JANUARY 3, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2008

CHAMBERS OF WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581

*Application denied.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
1/9/2008

Re: MARCUS RASEAN THOMPSON v. CAPTAIN ARTRAILVES CARTER et,a
07 CIV 3243 (WHP)(HBP)

YOUR HONOR,

        I AM THE PLAINTIFF AND PRO SE LITIGANT IN THE ABOVE MATTER. BY SCHEDULING ORDER DATED DECEMBER 12, 2007, PLAINTIFF HAS BEEN SO INSTRUCTED THAT THE CORPORATION COUNSEL OF THE CITY OF NEW YORK IS TO MAKE ARRANGEMENTS FOR PLAINTIFF TO PARTICIPATE VIA TELEPHONE IN A CONFERENCE SCHEDULED FOR FEBRUARY 15, 2008 AT 10:00 am CONCERNING THE ABOVE MATTER. <u>I AM WRITING IN REGARDS TO THIS SPECIFIC MATTER THAT THE COURT MIGHT ALLOW PLAINTIFF THE OPPORTUNITY TO APPEAR PHYSICALLY FOR THIS CONFERENCE</u>. I AM PROCEEDING PRO SE AND I WOULD LIKE TO BE ABLE TO REPRESENT MYSELF PROPERLY. I HUMBLY REQUEST THAT YOUR HONOR GRANT PLAINTIFF'S INFORMAL MOTION TO PRODUCE. THIS FACILITY'S LAW LIBRARY DOES NOT ACCOMMODATE WITH THIS PARTICULAR MOTION, THAT I MAY SUBMIT THIS MOTION IN THE CORRECT MANNER. I WRITE SEEKING YOUR HONOR'S INSTRUCTION AS SOON AS CONVENIENTLY POSSIBLE.

I THANK THE COURT FOR IT'S TIME, PATIENCE, AND CONSIDERATION OF THIS REQUEST.

RESPECTFULLY,

MARCUS THOMPSON, PRO. SE