



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2008

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**AMY N. OKEREKE**
*Assistant Corporation Counsel*
Phone: (212) 788-9790
Fax: (212) 788-9776
aokereke@law.nyc.gov

May 12, 2008

*application granted. The status conf-
erence set for May 23, 2008 is adjourned
until June 23, 2008 at 3:00 p.m.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5/21/2008

**BY HAND**
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re:  <u>Marcus Rasean Thompson v. Captain Artrailyes Carter, et al.</u>
     07 Civ. 3243 (WHP)

Your Honor:

        I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced case. The Court previously granted the individually named defendants an extension until March 28, 2008 to respond to the complaint. By Order dated April 1, 2008, the Court granted defendants a second enlargement, until May 12, 2008, so that this office could review the investigations file related to plaintiff's incident, in order to determine whether the Corporation Counsel's Office could represent the individually named correction officers. This office has since reviewed this file, and we have determined that we will be unable to represent defendant Correction Officer Deishay Smallwood, Shield #14628.

        In view of the foregoing, this office respectfully requests that the Court grant Officer Smallwood an additional thirty days until June 11, 2008 to answer or otherwise respond to the complaint, so that he may have an opportunity to obtain legal representation in this matter.[1]  Plaintiff is incarcerated and proceeding *pro se*. Therefore, this application is made directly to the Court.

---

[1]  An answer to the complaint is being filed today, May 12, 2008, on behalf of defendants Captain Atrailyes Carter, Captain Antoinette Cort, Officer Anselmo Farrell, Officer Fritz Continued…

Accordingly, it is respectfully requested that the Court grant Officer Smallwood an enlargement of time, until June 11, 2008, to submit an answer or otherwise respond to the complaint.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

Amy N. Okereke
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Marcus Rasean Thompson, plaintiff pro se
       07-A-2267
       Fishkill Correctional Facility
       Box 1245
       Beacon, New York 12508 (by first class mail)

       Correction Officer Deishay Smallwood, Shield #14628
       Emergency Services Unit
       200 W. Perimeter Road
       East Elmhurst, New York 11370 (by first class mail)

       Koehler & Isaacs, LLP
       61 Broadway, 25th Floor
       New York, New York 10006 (by fax: (917) 551-0030)

---

Montrevil, Officer Brenda Person, Officer Harmon Frierson, Officer Robert Santana, and Officer Ronald Cook.