

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

AMY N. OKEREKE
*Assistant Corporation Counsel*
(212) 788-9790
(212) 788-9776 (fax)
aokereke@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/2008

June 20, 2008

**BY FAX**: *(212) 805-6390*
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re:   Marcus Rasean Thompson v. C.O. John Doe, et al.
      07 Civ. 3243 (WHP)

Your Honor:

I am the attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York assigned to the defense of the above matter, in which an initial conference is scheduled for June 23, 2008 at 3:00 p.m. The Court has instructed that defendants make plaintiff, who is currently incarcerated at Fishkill Correctional Facility, available to participate at this conference via telephone. I have been informed by Mr. Thompson's Counselor at Fishkill Correctional Facility, Mr. M. Heady, that due to staffing availability and correctional procedures at Fishkill, Mr. Thompson is available only prior to 2:30 p.m., and preferably between 8:30 a.m. and 10:30 a.m. Due to these time constraints, I respectfully request that the conference be rescheduled to a time convenient to the Court, between the hours of 8:30 a.m. to 10:30 a.m. Furthermore, the undersigned respectfully requests that the conference be rescheduled to a date on or after June 25, 2008, due to professional obligations. Plaintiff is incarcerated and proceeding *pro se*; therefore, this application is made directly to the Court.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

Amy N. Okereke (AO 3250)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Marcus Rasean Thompson, plaintiff *pro se*
      07-A-2267
      Fishkill Correctional Facility
      Box 1245
      Beacon, New York 12508 (via first class mail)

*Application granted. The conference is adjourned until July 1, 2008 at 11:15am.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6/24/2008