UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
MARCUS RASEAN THOMPSON,    :    07 Civ. 3243 (WHP)
:
         Plaintiff,    :    SCHEDULING ORDER
:
    -against-
:
CAPTAIN ARTRAILYES CARTER, et al.,    :
:
         Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       The conference set for July 1, 2008 at 11:15 a.m is adjourned until July 18, 2008 at 9:45 a.m. Corporation Counsel is directed to notify Defendant Delshay Smallwood of the conference and arrange for Plaintiff Pro Se to participate by telephone.

Dated:    July 9, 2008
          New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Copies mailed to:*

Mr. Marcus Rasean Thompson
07-A-2267
Fishkill
Box 1245
Beacon, NY 12508
*Plaintiff Pro Se*

Amy Okereke, Esq.
Office of the Corporation Counsel
of the City of New York
100 Church Street
New York, NY 10007
*Counsel for Defendants Artrailyes Carter, Antoinette Cort,
Brenda Person, Anselmo Farrell, Fritz Montrevil, Ronald Cook,
Robert Santana, and Harmon Frierson*