UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
  :
MARCUS RASEAN THOMPSON,
  :
         Plaintiff,           07 Civ. 3243 (WHP)
  :
         -against-           SCHEDULING ORDER
  :
CAPTAIN ARTRAILYES CARTER, et al.,
  :
         Defendants.
  :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se and counsel for Defendants having appeared for a July 18, 2008 conference, the following is established on consent:

    (1)    Defendant shall produce the complete file relating to the incident described in the Complaint by August 15, 2008;

    (2)    All discovery shall be completed by October 31, 2008;

    (3)    The parties shall submit a joint pre-trial order by December 5, 2008; and

(4) This Court will hold a final pre-trial conference on December 19, 2008 at 10:45 a.m. Corporation Counsel shall arrange for Plaintiff pro se to participate by telephone.

Dated: July 21, 2008
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Mr. Marcus Rasean Thompson
07-A-2267
Fishkill
Box 1245
Beacon, NY 12508
*Plaintiff Pro Se*

Amy Okereke, Esq.
Office of the Corporation Counsel
of the City of New York
100 Church Street
New York, NY 10007
*Counsel for Defendants Carter, Cort, Person, Farrell, Montrevil, Cook, Santana and Frierson*

Bran C. Noonan, Esq.
Koehler & Isaacs LLP
61 Broadway, 25th Floor
New York, NY 10006
*Counsel for Defendant Smallwood*