```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MARCUS RASEAN THOMPSON,
                                           07 Civ. 3243(DFE)
                  Plaintiff,
                                           (This is not an ECF case)
          - against -
                                           MEMORANDUM AND ORDER
DEISHAY SMALLWOOD,

                  Defendant.
----------------------------------------x
```

    In response to my 9/16/09 Memorandum and Order, the plaintiff sent a 9/24/09 letter to me. Improperly, he did not show any copy to Mr. Paulose or to Ms. Smith, and therefore I am providing them with a copy by annexing one to today's Memorandum and Order.

    I deny plaintiff's belated and frivolous request to rescind the settlement he received from the City of New York and the stipulation of settlement he signed in November 2008 releasing any agency of the City of New York and any present or former employees of the City (with the exception of Deishay Smallwood). I have no power to direct any person to pay any settlement. However, plaintiff is free to attempt to negotiate an additional settlement with Mr. Smallwood's attorney.

    I deny all of the other requests in plaintiff's 9/24/09 letter, including his request to amend his Complaint, and his request for appointment of counsel. I will not adjourn the firm trial date of October 19, 2009, nor any of the deadlines set forth in my 9/16/09 Memorandum and Order. If plaintiff resists being transported to New York City for the trial, then I will dismiss the lawsuit as to Mr. Smallwood.

```
                              _____
                              DOUGLAS F. EATON
                              United States Magistrate Judge
                              500 Pearl Street, Room 1360
                              New York, New York 10007
                              Telephone:  (212) 805-6175
                              Fax:  (212) 805-6181fax
```

Dated: New York, New York
       September 30, 2009

Copies of this Memorandum and Order (and of plaintiff's 9/24/09 letter) are being sent by mail to:

USDC SDNY
DATE SCANNED 10/1/09

Marcus Rasean Thompson
07-A-2267
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

Matthew Paulose, Jr., Esq.
Koehler & Isaacs, LLP
61 Broadway, 25th Floor
New York, NY 10006
   (also by fax to ~~212~~ 917-551-0031fax)

Katherine E. Smith, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street, Room 3-217
New York, NY 10007
  (also by fax to 212-788-9776fax)

COPY MAILED / FAXED TO:
COUNSEL FOR PLTFF(S): ____
COUNSEL FOR DFT(S): ✓
PLTFF PRO SE: ✓
DFT. PRO SE: ____
DATE: 10/1/09
BY: ____



MARCUS R THOMPSON 07A2267
UPSTATE CORRECTIONAL FACILITY
PO BOX 2001
MALONE NY 12953

SEPTEMBER 24 2009

DOUGLAS F. EATON
U.S MAGISTRATE JUDGE
500 PEARL STREET ROOM 1360
NEW YORK NEW YORK 10007

07 CIVIL 3243 (DFE)
MARCUS RASEAN THOMPSON v CAPTAIN ARTRAILYES CARTER ET AL.

YOUR HONOR:

    I AM WRITING FOR YOUR ASSISTANCE REGARDING MOST TROUBLING MATTERS WITH THE ABOVE TITLED ACTION.

    PLAINTIFF HAS VERY LIMITED EDUCATION. NO DIPLOMA OR G.E.D. - NO KNOWLEDGE OR ABILITY TO INTERPRET LEGAL JARGON OR LEGAL MANUVEURS. NOR THE INTRICATE LANGUAGE OF THESE CIVIL PROCEEDINGS INCLUDING BUT NOT LIMITED TO ANY DOCUMENTS SIGNED THAT MAY HAVE RELINQUISHED ANY OF PLAINTIFF'S RIGHTS WITH REGARDS TO THE CITY OF NEW YORK AND ITS CLIENTS IN THIS ACTION.

ALSO PLAINTIFF DID NOT ANTICIPATE FURTHER MEDICAL COMPLICATIONS WHICH HAVE RESULTED FROM INJURIES SUSTAINED IN THIS MATTER NOR THAT SETTLEMENT WOULD RELINQUISH PLAINTIFF'S RIGHTS TO BE COMPENSATED IN THE EVENT OF FUTURE PAIN AND SUFFERING.

IN SHORT PLAINTIFF IS DISSATISFIED WITH THE SETTLEMENT AND WAS DUPED BY THE CORPORATION COUNSEL OF THE CITY OF NEW YORK. WHEN PLAINTIFF AGREED TO SETTLEMENT, PLAINTIFF WAS IN A SEGREGATED HOUSING UNIT RELYING ON THE OPINION OF AN UNCERTIFIED JAILHOUSE "LAWYER".

YOUR HONOR MAY RECALL THAT THE PLAINTIFF SUFFERED INJURIES INCLUDING BUT NOT LIMITED TO A BROKEN NOSE AND A BROKEN TOOTH AT THE HANDS OF N.Y.C. D.O.C. OFFICERS, ONE OF WHICH IS IDENTIFIED ON TAPE UNJUSTIFIABLY STRIKING PLAINTIFF SEVERAL TIMES IN THE FACIAL AREA WHILE PLAINTIFF WAS CLEARLY ALREADY RESTRAINED AND NON RESISTANT.

THERE IS NOTHING IN ANY OF THE CONTRACTS THAT SUGGESTS REQUESTS OR OTHERWISE STATES THE PLAINTIFF UNDERSTANDS THE RIGHTS HE WAS RELINQUISHING WHEN MAKING SETTLEMENT OR CONSENTING TO MAGISTRATE JUDGE.

PLAINTIFF RESPECTFULLY REQUESTS THAT YOUR HONOR RESCIND THE ~~PREVIOUS~~ PREVIOUS SETTLEMENT AGREEMENT AND DIRECT ALL DEFENDANTS TO SETTLE THIS CASE IN ITS ENTIRETY FOR $75,000.00. IF YOUR HONOR IS UNABLE TO DIRECT DEFENDANTS TOWARDS NEW SETTLEMENT ARRANGEMENTS, PLAINTIFF RESPECTFULLY REQUESTS THAT HE BE ALLOWED TO AMEND COMPLAINT TO ADD THE CITY OF NEW YORK AS

A DEFENDANT

Finally plaintiff respectfully requests that your Honor appoint counsel to represent plaintiff in any and all forthcoming proceedings in this action. I thank you for your time and consideration of these requests.

Sincerely

Marcus R. Thompson
Pro Se